# EXHIBIT C

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | OTHER CIVIL/PERSONAL INJURY |

Norhan Ashraf Askar,

              Plaintiff,

vs.

Hennepin County; Hennepin County Sheriff's Department; Ramsey County; Ramsey County Sheriff's Department; John and Jane Does, individually and in their capacities as employees of the Hennepin and Ramsey County Sheriffs' Departments;

              Defendants.

Court File No. _____

Judge _____

**CIVIL COVER SHEET**
**(Non-Family Case Type)**
Minn. R. Gen. Prac. 104

This civil cover sheet must be filed by the initial filing lawyer or party, if unrepresented by legal counsel, unless the court orders all parties or their legal counsel to complete this form. Once the initial civil cover sheet is filed, opposing lawyers or unrepresented parties who have not already been ordered to complete this form may submit their own cover sheet within ten days after being served with the initial cover sheet. See Rule 104 of the General Rules of Practice for the District Courts.

**If information is not known to the filing party at the time of filing, it shall be provided to the Court Administrator in writing by the filing party within seven (7) days of learning the information.** Any party impleading additional parties shall provide the same information to the Court Administrator. The Court Administrator shall, upon receipt of the completed certificate, notify all parties or their lawyers, if represented by counsel, of the date of filing the action and the file number assigned.

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |
|---|---|
| **NAME OF PARTY:**<br>Norhan Askar | **NAME OF PARTY:**<br>Hennepin County; Hennepin County Sheriff's Department; Ramsey County; Ramsey County Sheriff's Department; John and Jane Does, individually and in their capacities as employees of the Hennepin and Ramsey County Sheriffs' Departments. |
| **ATTORNEYS NAME:**<br>Racey Rodne<br>Mike Fargione<br>Christopher Nguyen | **ATTORNEY NAME:**<br>Jim Keller<br>Kim Parker |
| **ADDRESS:** | **ADDRESS:** |

| | |
|---|---|
| Racey Rodne<br>Mike Fargione<br>McELLISTREM, FARGIONE,<br>RORVIG, EKEN & MOE, P.A.<br>7900 International Dr, #700<br>Minneapolis, MN  55425<br>(952) 544-5501<br><br>Christopher Nguyen<br>609 S. 10th St.<br>Suite 200A<br>Minneapolis, MN 55404 | Jim Keeler<br>C2000 GOVERNMENT CENTER<br>300 S 6TH ST<br>MINNEAPOLIS, MN  55487<br><br>Kim Parker<br>121 East Seventh Place, Suite 4500<br>St. Paul, MN  55101 |
| **EMAIL:**<br>rrodne@mcfarg.com<br>mfargione@mcfarg.com<br>cxnguyen@aberrantlaw.com | **EMAIL:**<br>Jim.Keeler@hennepin.us<br>kimberly.parker@co.ramsey.mn.us |
| **MN ATTORNEY LICENSE:**<br>Racey Rodne, #0401069<br>Mike Fargione, #28253<br>Christopher Nguyen, #401032 | **MN ATTORNEY LICENSE:**<br>Jim Keeler, #0176199<br>Kim Parker, #0296685 |

1.      Provide a concise statement of the case including facts and legal basis:

**On June 3, 2021, at approximately 1:30 p.m. Norhan Askar had plans to have a lunch date with Winston Smith at Stella's Fish Café & Prestige Oyster Bar (Stella's) located at 1400 W. Lake Street, Minneapolis, MN 55408. Ms. Askar was picked up by Winston Smith and they drove to the top floor of a parking garage located at 3001 Hennepin Ave, Minneapolis, MN 55408 (The Parking Garage). Ms. Askar then exited the parking garage, walked across Lake Street, entered Stella's and sat at a table on the rooftop of Stella's. Ms. Askar and her date finished their meals and paid their bill. After paying their bill, Ms. Askar and Mr. Smith left Stella's and proceeded to walk across the street and back to The Parking Garage. Ms. Askar and Mr. Smith took the elevator to the top of The Parking Garage, entered their vehicle, and intended to leave The Parking Garage.**

**Suddenly, the vehicle Ms. Askar was occupying was completely surrounded by Defendants who were driving unmarked vehicles, wearing street clothes, and were pointing guns directly at Ms. Askar. Plaintiff could not have fled the scene because Defendants rammed one of their unmarked peace officer vehicles into the back of the vehicle Ms. Askar was occupying. This collision pushed the vehicle that Ms. Askar was occupying into a barrier directly in front of the vehicle. Defendants pointed their guns directly at Ms. Askar. Defendants then**

2

**shot their firearms into the vehicle Ms. Askar was occupying. Ms. Askar was physically injured as a result of flying glass because Defendants were shooting their firearms into the vehicle she was occupying. Ms. Askar suffered severe emotional trauma as a result of Defendants shooting their firearms into the vehicle she was occupying.**

**Defendant's violated Ms. Askar's civil rights by causing her injuries through a state created danger. Defendant's violated Ms. Askar's civil rights by causing her injuries through their use of excessive force. Defendant's violated Ms. Askar's civil rights by their failure to announce their presence. Ms. Askar further brings the following tort claims: negligence, assault, battery, and intentional infliction of emotional distress.** *See* **Plaintiff's complaint.**

2. Date Complaint was served:  **7/22/2021 & 7/23/2021**
3. For Expedited Litigation Track (ELT) Pilot Courts only:
   a. ☐ the parties jointly and voluntarily agree that this case shall be governed by the Special Rules for ELT Pilot.  Date of agreement: _____
   b. ☐ The court is requested to consider excluding this case from ELT for the following reasons: _____
   Note:  ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.
   c. Anticipated number of trial witnesses: _____
   d. Amount of medical expenses to date: _____
   e. Amount of lost wages to date: _____
   f. Identify any known subrogation interests: _____
4. Estimated discovery completion within **9** months from the date of this form.
5. Disclosure/discovery of electronically stored information discussed with other party?
   **X** No ☐ Yes, date of discussion: _____
   If Yes, list agreements, plans, and disputes: _____
6. Proposed trial start date: **(one year from date of filing)**
7. Estimated trial time: **5** days **0** hours (estimates less than a day must be stated in hours).
8. Jury trial is:

3

    _ waived by consent of _____ pursuant to Minn. R. Civ. P. 38.02.
                                     (specify party)
    **X** requested by Plaintiff (NOTE: Applicable fee must be enclosed)
                                     (specify party)

9. Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested:

   ☐ Yes      **X** No

10. Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect):

    **none**

11. Issues in dispute: **Liability and damages are disputed.**

12. Case Type/Category: **11** (NOTE: select case type from Form 23, Subject Matter Index for Civil Cases, appended to the Minnesota Rules of Civil Procedure).

13. Recommended Alternative Dispute Resolution (ADR) mechanism: **mediation**
    (See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))
    Recommended ADR provider (known as a "neutral"): **Plaintiff proposes the parties select a mediator by (6 months from date of filing)**
    Recommended ADR completion date: **Plaintiff proposes mediation be completed by (9 months from date of filing)**
    If applicable, reasons why ADR not appropriate for this case: _____

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

|  |  |
|---|---|
| Submitted by: | _/S/ Racey J. Rodne_ |
|  | **Racey Rodne** |
| Attorney License: | **#0401069** |
| Firm: | **McELLISTREM, FARGIONE, RORVIG, EKEN & MOE, P.A.** |
| Address: | **7900 International Dr, #700** |
|  | **Minneapolis, MN  55425** |
|  | **rrodne@mcfarg.com** |
| Telephone: | **(952) 544-5501** |
| Date: | **8/9/2021** |

4