# EXHIBIT E

State of Minnesota  )
County of Hennepin  )

Affidavit of Service

I, Jeremy M. Fuchs, state that on Thursday, July 22, 2021 at 12:45 PM I served the Summons & Complaint upon Hennepin County, therein named, personally at 300 South 6th Street, Minneapolis, MN 55415, by handing to and leaving with Aron Haughey, Customer Service Specialist, an Expressly Authorized agent of said Hennepin County, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Minnesota Statute § 358.116.

Dated: 7/22/2021  _____
Jeremy M. Fuchs, Process Server


*2491961 - 4*


METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: #12148 ASKAR Norhan RJF m                    -1-