

August 10, 2021

# EXHIBIT K

Court Administrator
Hennepin County District Court
*[via Odyssey File & Service only]*

Re:   Norhan Ashraf Askar vs Hennepin County, Ramsey County,
      RAMSEY COUNTY SHERIFFS DEPARTMENT, John Does,
      Hennepin County Sheriffs Department et.
      *Court File No. 27-CV-21-9764*

Dear Court Administrator:

Please note the payment of $100.00 to cover Plaintiff's jury fee.

Thank you.

Sincerely,

McELLISTREM FARGIONE P.A.

*Josseline Estrada*

Josseline Estrada
jestrada@mcfarg.com

/jem

**ATTORNEYS**

Paul F. McEllistrem *†
Michael Fargione
Andrew J. Rorvig♦†
Tanner J. Moe
Racey J. Rodne
Brian J. Love*

*\*Also licensed in Wisconsin*
*♦Also licensed in North Dakota*
*†MSBA Board Certified Trial*
*Specialist*

*952-544-5501*
*800.544.9575*
*952.591.0682 fax*
*www.mcfarg.com*

*7900 International Drive*
*Suite 700*
*Minneapolis, MN  55425*