State of Minnesota  
Hennepin County

# EXHIBIT L

District Court  
Fourth Judicial District  
**Court File Number: 27-CV-21-9764**  
Case Type: Personal Injury

## Notice of Judicial Assignment- General Civil Block Cases

FILE COPY

---

**NORHAN ASHRAF ASKAR vs Hennepin County, Ramsey County, RAMSEY COUNTY SHERIFFS DEPARTMENT, John Does, Hennepin County Sheriffs Department et. al.**

Date Case Filed: August 09, 2021  
All future papers must include the above file number, name of assigned judge, attorney identification number, and must otherwise conform to format requirements or they will be returned.

This case is assigned the following judicial officer for all further proceedings:

**District Court Judge James Moore**  
612-596-1068

**Mailing Address:** 300 South Sixth Street, MC 332, Minneapolis, MN 55487-0332

**Parties**: If you receive this notice and have obtained an attorney, notify him/her of this assignment immediately.

**Attorneys**: Only the first listed attorney for a party is being sent this notice. If you are the attorney receiving this notice, contact all other attorneys representing your party of the judge assignment and requirements.

The filing attorney/party is responsible for notifying all attorneys/parties not listed on the Civil Cover Sheet of the judge assignment and requirements.

Per Supreme Court order, e-filing is mandatory in this case for all attorneys and government agencies. Unrepresented parties are excluded by this order. Attorneys or government agencies must also e-serve all documents required or permitted to be served on other attorneys or government agencies. Upon receipt of this notice, attorneys and government agencies shall immediately add their firm/agency's service contact(s) for this case to the e-filing system. For further information on e-filing, go to: http://www.mncourts.gov/district/4/?page=3953.

All future hearings and trial dates will be scheduled by the courtroom staff. Check with the Court Display Monitors on the Public Service Level for the location on the day of the hearing.

A notice to remove this judicial officer must comply with Minnesota Rules of Civil Procedure 63.03 and Minnesota Statute § 542.16.

Failure to timely file any required document or other failure to comply with the General Rules of Practice for the District Courts may result in the impositions of sanctions, including possible dismissal of the case or striking of the Answer.

The Minnesota Supreme Court has adopted time objectives for the disposition of civil cases. The Fourth Judicial District adheres to these objectives which are: 90% of the cases should be disposed of within 12 months, 97% within 18 months, and 99% within 24 months of filing.

Dated: August 10, 2021

Sarah Lindahl-Pfieffer  
Court Administrator  
Hennepin

cc:  RACEY JAMES RODNE  
KIMBERLY ROSS PARKER