UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Norhan Ashraf Askar,<br><br>        Plaintiff,<br><br>v.<br><br>Hennepin County; Hennepin County Sheriff's Department; Ramsey County; Ramsey County Sheriff's Department; John and Jane Does, individually and in their capacities as employees of the Hennepin and Ramsey County Sheriffs' Departments;<br><br>        Defendants. | Court File No. 21-cv-1829<br><br>**NOTICE OF FILING OF<br>NOTICE OF REMOVAL** |

_____

To: The Clerk of the United States District Court for the District of Minnesota, United States Courthouse, 316 North Robert Street, St. Paul, MN 55101; and Norhan Ashraf Askar, by and through her counsel, Christopher Nguyen, Aberrant Law PLLC, 609 S. 10th St., Suite 200A, Minneapolis, MN 55404 and Mike Fargione and Racey J. Rodne, McEllistrem, Fargion, Rorvig & Moe, P.A., 7900 International Dr., Suite 700, Minneapolis, MN 55425.

PLEASE TAKE NOTICE THAT on August 12, 2021, Ramsey County and the Ramsey County Sheriff's Office, along with Hennepin County and the Hennepin County Sheriff's Department, filed a Joint Notice of Removal of the above-captioned action with the Court Administrator of the United States District Court for the District of Minnesota. A copy of the Notice of Removal is attached hereto.

With this filing, this action now stands removed from the District Court, Fourth Judicial District for Hennepin County, Minnesota, to the United States District Court for the District of Minnesota. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal is hereby filed with the clerk of the District Court/Court Administrator, Fourth Judicial District of Hennepin County, Minnesota.

|  |  |
|---|---|
|  | **JOHN J. CHOI** <br> **RAMSEY COUNTY ATTORNEY** |
| Dated: August 12, 2021 | By: */s/ Kimberly Parker* <br>      Kimberly Parker (#0296685) <br> Assistant County Attorney <br> 121 Seventh Place East, Suite 4500 <br> St. Paul, MN 55101 <br> (651) 266-3117 (Parker) <br> Fax: (651) 266-3032 <br> kimberly.parker@co.ramsey.mn.us <br><br> ***Attorneys for Ramsey County and the Ramsey County Sheriff's Office*** |
|  | **MICHAEL O. FREEMAN** <br> **Hennepin County Attorney** |
| Dated: August 12, 2021 | By: */s/ James W. Keeler Jr.* <br>      JAMES W. KEELER JR. (176199) <br> Sr. Assistant County Attorney <br> A2000 Government Center <br> 300 South Sixth Street <br> Minneapolis, MN  55487 <br> Telephone: (612) 348-2925 <br> Fax No: (612) 348-8299 <br> Jim.Keeler@hennepin.us <br><br> ***Attorneys for Defendants Hennepin County and Hennepin County Sheriff's Department*** |