UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Norhan Ashraf Askar, | Ct. No. 21-cv-01829 (DSD/DTS) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF SARAH McLAREN** |
| Hennepin County, et al. | |
| Defendants. | |

The undersigned attorneys hereby notify the Court and parties that Sarah McLaren appears and joins James W. Keeler, Jr. as counsel of record for Defendants Hennepin County and Hennepin County Sheriff's Office in this case.

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

By: */s/ Sarah McLaren*
JAMES W. KEELER, JR. (#0176199)
Sr. Assistant County Attorney
SARAH McLAREN (#0345878)
Assistant County Attorney
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-5532
Jim.Keeler@hennepin.us
Sarah.McLaren@hennepin.us

Dated:  October 12, 2021            *Attorneys for Defendants Hennepin County and Hennepin County Sheriff's Office*