UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Norhan Ashraf Askar,<br><br>    Plaintiff,<br><br>v.<br><br>Hennepin County; Hennepin County Sheriff's Department; Ramsey County; Ramsey County Sheriff's Department; John and Jane Does, individually and in their capacities as employees of the Hennepin and Ramsey County Sheriff's Departments,<br><br>    Defendants. | Case No. 0:21-CV-01829<br><br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Following Fed. R. Civ. P. 41(a)(1)(A)(i), IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that the above titled action is hereby dismissed without prejudice and without costs or disbursements to any of the parties.

McELLISTREM, FARGIONE,
RORVIG & MOE, P.A.

Date:   5/18/2022

By:  */s/ Racey J. Rodne*
Racey Rodne, #0401069
Michael Fargione, #28253
Attorney for Plaintiff
7900 International Drive
Suite 700
Minneapolis, MN 55425
rrodne@mcfarg.com
mfargione@mcfarg.com

(952) 544-5501

Date: 5/18/2022   ANDREW M. LUGER
United States Attorney


  /s/ Ana Voss

BY:  ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No.  483656DC
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Email: Ana.Voss@usdoj.gov