UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Norhan Ashraf Askar,                          CIVIL NO. 0:21-CV-01829

    Plaintiff,

v.                                            **ORDER FOR DISMISSAL**

Hennepin County; Hennepin County
Sheriff's Department; Ramsey County;
Ramsey County Sheriff's Department;
John and Jane Does, individually and in
their capacities as employees of the
Hennepin and Ramsey County Sheriff's
Departments,

    Defendants.

      IT IS HEREBY ORDERED THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) this matter is dismissed pursuant to the parties' stipulation [Dkt. 54].

Dated: May 19, 2022

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court